Avelino **FERNANDES**, Petitioner,

v.

Eric H. **HOLDER, Jr.**, Attorney
General, Respondent.

No. 06–73517.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 14, 2009.*

Filed Oct. 5, 2009.

Avelino Fernandes, San Francisco, CA,
for Petitioner.

Ronald E. Lefevre, Chief Counsel, Office
of the District Counsel, Department of
Homeland Security, San Francisco, CA,
Norah Ascoli Schwarz, Esq., U.S. Department
of Justice, Civil Div./Office of Immigration
Lit., Washington, DC, for Respondent.

Before: SILVERMAN, RAWLINSON,
and CLIFTON, Circuit Judges.

MEMORANDUM **

Avelino Fernandes, a native and citizen
of India, petitions pro se for review of the
Board of Immigration Appeals' order dismissing
his appeal from an immigration
judge's decision denying his motion to reopen
removal proceedings conducted in absentia.
We have jurisdiction pursuant to 8
U.S.C. § 1252. We review for abuse of
discretion the denial of a motion to reopen

---

\* The panel unanimously finds this case suitable
for decision without oral argument. *See* Fed.
R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication
and is not precedent except as provided
by 9th Cir. R. 36–3.

and review de novo claims of constitutional violations in immigration proceedings. *Iturribarria v. INS*, 321 F.3d 889, 894 (9th Cir.2003). We deny the petition for review.

■ The agency did not abuse its discretion in denying Fernandes' motion to reopen for failure to establish "exceptional circumstances." *See* 8 U.S.C. § 1229a(e)(1).

■ It follows that the denial of Fernandes' motion to reopen did not violate due process. *See Lata v. INS*, 204 F.3d 1241, 1246 (9th Cir.2000) (requiring error for a due process violation).

**PETITION FOR REVIEW DENIED.**